MAX VERSCHLEISER, as a Director, etc., and Another, Respondents, v. MORRIS S. SOHMER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE ANCHOR PRESS, INC., Respondent, v. LOUIS FINK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion., Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ETHEL A. MORRISON, Respondent, v. DANIEL NIEL MORRISON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. TULP, Relator, v. JOSEPH A. McCANN, Warden, New York County Penitentiary, Respondent.— Writ dismissed and relator remanded, on authority of *People ex rel. Quinn* v. *Schleth* (180 App. Div. 319). Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MORRIS JOSEPH, Respondent, v. JOSEPH N. BLUMBERG, Doing Business under the Firm Name and Style of D. BLUMBERG & SON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUISA PONCIROLI, Respondent, v. ANNIBELLI PONCIROLI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BABETTE S. SHAKMAN, Respondent, Appellant, v. ARTHUR L. SHAKMAN, Appellant, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRIEDA MERKLE, as Administratrix, etc., of ALFRED J. MERKLE, Deceased, Respondent, v. WILLIAM A. JAMISON, Appellant, and Others, Copartners, etc.— Order modified by allowing a preference only over causes noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JULIA GARRITY, Respondent, v. COSTANZO PERRELLA, Impleaded with ROSA PERRELLA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

COLONIAL KNITTING MILLS, INC., Respondent, v. HOSIERY MANUFACTURERS CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that no timely notice of a claim for a preference was given. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUNSBURY-SOULE CO., INC., Respondent, v. CHARLES L. KAHLER, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

NICOLA D'ALESSANDRO, Respondent, v. JOSEPH SCHANZ, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.